# UNITED STATES COURT OF APPEALS
## FOR THE FEDERAL CIRCUIT

### ENTRY OF APPEARANCE

**Case Number:** 2026-1255

**Short Case Caption:** Belden Canada ULC v. CommScope, Inc.

**Instructions:** Refer to Fed. Cir. R. 47.3 for requirements governing representation and appearance in this court. Counsel must immediately file an amended Entry of Appearance if contact information changes and update information through PACER's Manage My Account. Non-admitted government counsel should enter N/A in lieu of an admission date. Use the second page to add additional counsel.

**Party Information.** List all parties, intervenors, amicus curiae, or movants represented by below counsel; "et al." is not permitted.

Belden Canada ULC

| | |
|---|---|
| **Principal Counsel:** Erik R. Puknys | Admission Date: 08/07/2001 |

Firm/Agency/Org: Finnegan, Henderson, Farabow, Garrett & Dunner, LLP

Address: 901 New York Avenue, N.W., Washington, DC 20001

| | |
|---|---|
| Phone: 650-849-6600 | Email: erik.puknys@finnegan.com |
| **Other Counsel:** Cory C. Bell | Admission Date: 11/3/2014 |

Firm/Agency/Org: Finnegan, Henderson, Farabow, Garrett & Dunner, LLP

Address: 2 Seaport Lane, 6th Floor, Boston, MA 02210

| | |
|---|---|
| Phone: 617-646-1641 | Email: cory.bell@finnegan.com |

I certify under penalty of perjury that (1) the submitted information is true and accurate and (2) I am authorized to enter an appearance by all other listed counsel.

Date: December 29, 2025

Signature: /s/ Erik R. Puknys

Name: Erik R. Puknys

| **Other Counsel:** Robert K. High | Admission Date: 6/5/2019 |
|---|---|
| Firm/Agency/Org: Finnegan, Henderson, Farabow, Garrett & Dunner, LLP | |
| Address: 271 17th Street, NW, Suite 1400, Atlanta, GA 30363 | |
| Phone: 404-563-6564 | Email: robert.high@finnegan.com |
| **Other Counsel:** Marta G. Daneshvar | Admission Date: 12/18/2025 |
| Firm/Agency/Org: Finnegan, Henderson, Farabow, Garrett & Dunner, LLP | |
| Address: 2 Seaport Lane, 6th Floor, Boston, MA 02210 | |
| Phone: 617-646-1641 | Email: Marta.Garcia@finnegan.com |
| **Other Counsel:** Douglas J. Nash | Admission Date: 01/11/2005 |
| Firm/Agency/Org: BARCLAY DAMON LLP | |
| Address: 125 East Jefferson Street, Syracuse, NY 13202 | |
| Phone: 315-425-2700 | Email: dnash@barclaydamon.com |
| **Other Counsel:** John D. Cook | Admission Date: 01/07/2009 |
| Firm/Agency/Org: BARCLAY DAMON LLP | |
| Address: 125 East Jefferson Street, Syracuse, NY 13202 | |
| Phone: 315-425-2700 | Email: jcook@barclaydamon.com |